JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
THERESA SCHOBER ;
**County of Residence:** Lee County

**Defendant(s):**
First Listed Defendant:
TOWN OF FORT MYERS BEACH, FLORIDA ;
**County of Residence:** Lee County

**County Where Claim For Relief Arose:** Lee County

**Plaintiff's Attorney(s):**
Mrs. Geralyn F. Noonan (THERESA SCHOBER)
Geralyn F. Noonan
8250 College Parkway, Suite 202-B
Fort Myers, Florida 33919
**Phone:** 239-694-7070
**Fax:** 239-481-0993
**Email:** justice@noonanlaw.com

**Defendant's Attorney(s):**

RECEIVED 2013 DEC -9 PM 12:59 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  Plaintiff: N/A
  Defendant: N/A

RECEIPT # FTM005473
01 SUMMONS ISSUED

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** Title VII of the Civil Rights Act of 1964, and 28 Section USC Section 1343(4); Chapter 760, Florida Statutes
**Requested in Complaint**
  Class Action: Not filed as a Class Action

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** *[signed] Suralyn F. Noonan, Esquire*

**Date:** 12-9-13

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.